No. 79–952. THOMAS v. REVIEW BOARD OF THE INDIANA EMPLOYMENT SECURITY DIVISION ET AL. Sup. Ct. Ind. [Certiorari granted, 444 U. S. 1070.] Motion of petitioner to dispense with printing appendix granted.

No. 79–1236. CARSON ET AL. v. AMERICAN BRANDS, INC., T/A AMERICAN TOBACCO Co., ET AL. C. A. 4th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. A–723 (79–1323). QUINONES v. UNITED STATES. Application for stay of mandate of the United States Court of Appeals for the Third Circuit, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

No. A–793 (79–1434). MANDEL ET AL. v. NEW YORK. Ct. App. N. Y. Application for stay, addressed to MR. JUSTICE BRENNAN and referred to the Court, denied.

No. 79–5903. H. L. v. MATHESON, GOVERNOR OF UTAH, ET AL. Sup. Ct. Utah. [Probable jurisdiction noted, ante, p. 903.] Motion to appoint Alan Ernest as counsel for children unborn and born alive denied. Motion of Legal Defense Fund for Unborn Children for leave to file a brief as *amicus curiae* denied.

No. 79–1028. MANDEL ET AL. v. EN BANC COURT OF APPEALS FOR THE FOURTH CIRCUIT ET AL;
No. 79–1246. CONNOLLY ET AL. v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (PENSION BENEFIT GUARANTY CORP., REAL PARTY IN INTEREST);
No. 79–6079. McCLAIN v. BLUMENFELD; and
No. 79–6110. GREEN v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI. Motions for leave to file petitions for writs of mandamus denied.